UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>            Plaintiff,<br><br>   v.<br><br>MONTEREY GIFT SHOP, et al.,<br><br>            Defendants. | Case No. 23-cv-05543-DMR<br><br>**ORDER TO SHOW CAUSE** |

On December 12, 2024, the court granted Plaintiff's request for an additional 30 days from the date of the order to perfect service on Defendant Monterey Gift Shop. [Docket No. 40.] No further filings have been made. The court orders Plaintiff to show cause by **January 24, 2025** why an updated proof of service on Defendant Monterey Gift Shop has not been filed within the 30 day deadline. Failure to respond may result in dismissal of claims against the unserved Defendant Monterey Gift Shop for failure to prosecute.

**IT IS SO ORDERED.**

Dated: January 17, 2025

_____
Donna M. Ryu
Chief Magistrate Judge